# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THE PEOPLE'S LEGISLATURE, et al.,

        Plaintiffs,

v.

ROSS MILLER,

        Defendant.

2:12-CV-272 JCM (VCF)

# ORDER

Presently before the court is proposed intervenor-defendant, the Nevada Legislature's motion seeking leave to file a supplemental response seeking remand.[1] (Doc. #29). Plaintiff has not filed a response.

Good cause being shown, the Nevada Legislature's motion is granted. The court will take note of the supplemental response (doc. #29-1) in determining whether this matter should be remanded. Further, the court will grant plaintiffs an opportunity to respond to the supplemental motion.

. . .

. . .

---

[1] This court has not yet ruled on the Nevada Legislature's motion to intervene, rendering the Nevada Legislature as a non-party. However, the court will construe the Nevada Legislature as amicus curiae and accept its response and supplemental brief as amicus briefs. *See PEST Comm. v. Miller*, 648 F. Supp.2d 1202, 1214 (D. Nev. 2009) (treating responsive documents filed by proposed intervenor-defendants "as the equivalent of an amicus brief.").

**James C. Mahan**
**U.S. District Judge**

1 | Pursuant to the forgoing,

2 | IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Nevada Legislature's

3 | motion seeking leave to file a supplement (doc. #29) be, and the same hereby is, GRANTED.

4 | IT IS FURTHER ORDERED that plaintiffs shall have up to, and including, Thursday, March

5 | 22, 2012, to file a response, if any, to the supplement.

6 | DATED March 19, 2012.

*[signature: James C. Mahan]*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -