**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE PEOPLE'S LEGISLATURE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROSS MILLER,<br><br>Defendant. | 2:12-CV-272 JCM (VCF) |

**ORDER**

Presently before the court is plaintiffs' motion for to file a second amended complaint. (Doc. #37). Defendants' have filed an opposition (doc. #38), to which plaintiffs have replied (doc. #39).

Defendants do not oppose the substance of plaitniffs' proposed amendments. Instead, defendants contend that plaintiff John Doe should not be permitted to sue anonymously and that the complaint contain additional factual information regarding plaintiff Citizen's Outreach. Plaintiffs have represented that John Doe would rather maintain his anonymity than proceed with this suit and have supplied additional information regarding Citizen's Outreach. Doc. #39.

Fed. R. Civ. P. 15(a) provides that leave of court to amend a complaint "shall be freely given when justice so requires." Rule 15's "policy of favoring amendments to pleadings should be applied with extreme liberality." *Eldridge v. Block*, 832 F.2d 1132, 1135 (9th Cir. 1987).

In light of the extreme liberality courts exercise in granting leave to amend complaints, and defendants' mooted opposition to the proposed amendments,

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs' motion seeking leave to amend the complaint (doc. #37) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that plaintiffs file a second amended complaint identical to that attached as an exhibit to the motion to amend, with the exception that John Doe not be named as a plaintiff and the identity of Citizen's Outreach be included, within seven days of the entry of this order.

IT IS FURTHER ORDERED that of the court's granting plaintiffs leave to amend, defendants' motion to dismiss the complaint (doc. #12) be, and the same hereby is, DENIED as moot.

DATED May 17, 2012.

*James C. Mahan*

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -