ADAM PAUL LAXALT
Attorney General
LORI M. STORY
Senior Deputy Attorney General
Nevada Bar No. 6835
Attorney General's Office
100 North Carson Street
Carson City, Nevada 89701-4717
(775) 684-1114
Attorneys for Defendant
ROSS MILLER, Secretary of State

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| THE PEOPLE'S LEGISLATURE, a Nevada political action committee; and CITIZEN OUTREACH, INC., a Virginia non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ROSS MILLER, in his official capacity as Secretary of State for the State of Nevada; and THE NEVADA LEGISLATURE,<br><br>Defendants. | CASE NO.  2:12-cv-272-MMD-VCF<br><br>**SUBSTITUTION OF COUNSEL** |

Defendant, by and through Adam Paul Laxalt, Attorney General, hereby notifies this Court that Senior Deputy Attorney General Lori M. Story has assumed responsibility for

////
////
////
////
////
////
////

representing Defendant, Barbara K. Cegavske, Secretary of State, in the above-entitled action in place of Kevin Benson.

DATED this 13th day of November, 2015.

ADAM PAUL LAXALT
Attorney General

By: /s/ LORI M. STORY
LORI M. STORY
Senior Deputy Attorney General
Bar No. 6835
Attorney General's Office
100 North Carson Street
Carson City, Nevada 89701-4717
(775) 684-1114
kbenson@ag.nv.gov
Attorneys for Defendant

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: November 13, 2015

## CERTIFICATE OF SERVICE

I declare that I am an employee of the State of Nevada and on this 13th day of November, 2015, I served a copy of the foregoing Substitution of Counsel, by U.S. District Court CM/ECF Electronic filing to:

Kermitt L. Waters, Esq.
704 South Ninth Street
Las Vegas, Nevada 89101
kermitt@kermittwaters.com
Attorney for Plaintiffs

Kevin C. Powers, Esq.
Legislative Counsel Bureau, Legal Division
401 South Carson Street
Carson City, Nevada 89701
kpowers@lcb.state.nv.us
Attorneys for the Nevada State Legislature

Linda Deming
Employee of the State of Nevada
Office of the Attorney General